# COURT OF CRIMINAL APPEALS

05·25·2015

FROM: GARRICK IAN HASTINGS
    TDC# 1895128  TEIFORD UNIT
    3899 STATE HWY 98
    NEW BOSTON, TEXAS 75570

COA NO. 14-13-00963-CR
    PD - 0196-15
TR. CT. NO.- 1403750

THIS LETTER IS TO INFORM YOU OF MY NEW ADDRESS (ABOVE)

I RECENTLY FILED MY P.D.R ON 04·22·2015 AND HAVE NOT YET RECIEVED AN ANSWER.

COULD YOU PLEASE SEND MY ANSWER TO MY CURRENT ADDRESS.

THANK YOU IN ADVANCE.

SINCERLY

NEW ADDRESS:
GARRICK IAN HASTINGS
TDC# 1895128  TEIFORD UNIT
3899 STATE HWY 98
NEW BOSTON, TEXAS 75570

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk